IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTIN MUSONGE,

    Plaintiff,

  v.

WACHOVIA BANK, N.A., et al.,

    Defendants.

                                    /

No. 10-01322 CW

**AMENDED** ORDER ON DEFENDANT'S MOTION TO DISMISS

On July 15, 2010, Defendant Wachovia Bank moved to dismiss Plaintiff's complaint. Plaintiff failed to file an opposition, which was due on August 5, 2010. Plaintiff shall file an opposition by **August 27, 2010** or the case will be dismissed for failure to prosecute. If Plaintiff files an opposition, Defendant shall reply one week thereafter. The matter will be taken under submission and decided on the papers. The Court vacates the August 23, 2010 Order on Defendant's Motion to Dismiss and the August 26, 2010 hearing.

    IT IS SO ORDERED.

Dated: 8/24/2010

                                                CLAUDIA WILKEN
                                                United States District Judge

United States District Court
For the Northern District of California