IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN MUSONGE,<br><br>    Plaintiff,<br><br>   v.<br><br>WACHOVIA BANK, N.A., et al.,<br><br>    Defendants. | No. 10-01322 CW<br><br>ORDER DISMISSING PLAINTIFF'S CASE FOR FAILURE TO PROSECUTE |

On July 15, 2010, Defendant Wachovia Bank moved to dismiss Plaintiff's complaint. Plaintiff failed to file an opposition, which was due on August 5, 2010. The Court warned Plaintiff that, if he failed to file an opposition by August 27, 2010, the case would be dismissed for failure to prosecute. To date, Plaintiff has not filed an opposition; therefore, the Court dismisses Plaintiff's case for failure to prosecute.

IT IS SO ORDERED.

Dated: 08/30/10

CLAUDIA WILKEN
United States District Judge